**Robbie Del James ROBERSON, Appellant,**

v.

**Dr. Patrick GOODMAN; Elaine Little; Timothy Schuetzle; Cathy Bachmeier, RN, Appellees.**

No. 04–1269.

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 7, 2004.

Decided Dec. 10, 2004.

Robbie Del James Roberson, Bismarck, ND, Plaintiff–Appellant pro se.

Jean R. Mullen, Bismarck, ND, for Defendants–Appellees.

of Missouri.

Before MURPHY, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Robbie Del James Roberson appeals the district court's* adverse grant of summary judgment in Roberson's 42 U.S.C. § 1983 action. Having carefully reviewed the record, we conclude the district court properly dismissed Roberson's action on summary judgment. Thus, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.

* The Honorable Daniel L Hovland, Chief Judge, United States District Court for the District North Dakota.

